UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-35224 |
|---|---|
| JEFFREY S KASTLE | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4035159**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 14 | CITIMORTGAGE<br>BOX 183040<br>COLUMBUS, OH  43218 | 0.46 |
| / 17 | CITIMORTGAGE<br>BOX 183040<br>COLUMBUS, OH  43218 | 62.94 |
| 1/ 3 | CITIMORTGAGE<br>BOX 183040<br>COLUMBUS, OH  43218 | 0.50 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/12/2010

Certificate of Service                                    07-35224

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JEFFREY S KASTLE             DENNIS HEITZ                    (3.1)
1334 TEXAS DRIVE             1634 S SMITHVILLE RD            CITIMORTGAGE
XENIA, OH  45385             DAYTON, OH  45410               BOX 183040
                                                             COLUMBUS, OH  43218

(3.3)
MICHAEL R PROCTOR
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45202

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv